[No. 71812-6-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB NELSON HOLLAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11520-1, Julie A. Spector, J., entered March 12, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Trickey, JJ.

[No. 71896-7-I.   Division One.   April 20, 2015.]

DANIEL M. HARDING, *Appellant*, v. ARNE O. DENNY, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 14-2-00144-9, Alan R. Hancock, J., entered April 21, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.

[No. 71998-0-I.   Division One.   April 20, 2015.]

MAPLE VALLEY PARK PLACE, LLC, *Respondent*, v. MICHAEL ROSS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-04026-5, Catherine D. Shaffer, J., entered April 30, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Dwyer and Leach, JJ.

[No. 72241-7-I.   Division One.   April 20, 2015.]

*In the Matter of the Dependency of* E.M.R.L.

CORINNA LOZANO, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-7-00125-9, Susan K. Cook, J., entered July 9, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.